IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHARLES ANTHONY POWELL, III d/b/a AFTER THE FALL | : : : | CASE NO.: 18-bk-05155-RNO |
| Debtor. | : | CHAPTER 7 |
| CHARLES ANTHONY POWELL, III, d/b/a AFTER THE FALL | : : : | |
| Plaintiff, | : : | Adversary Proceeding |
| v. | : : | No. 5:19-ap-00026-RNO |
| CRESTVIEW FINANCIAL 590 Madison Ave. New York, NY 10065 | : : : : | Complaint to Avoid and Recover Pre-Petition Transfers and for Violation of the Automatic Stay |
| and | : : | |
| IN ADVANCE CAPITAL 1430 Broadway Suite 402 New York, NY 10018 | : : : : : | 11 U.S.C. § 547 11 U.S.C. § 548 11 U.S.C. § 550 11 U.S.C. § 362 |
| Defendants. | : | |

## JUDGMENT BY DEFAULT

Default was entered against Defendants/Respondents, Crestview Financial, LLC and In Advance Capital. Therefore, on Motion of the Debtor/Plaintiff, judgment is entered against Crestview Financial LLC and In Advance Capital in favor of the plaintiff in the amount of $10,037.

Dated: May 8, 2019

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)